UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5649**

Case Title: **Holly Lawson** vs. **Kayla Creely, et al.**

List all clients you represent in this appeal:

**Holly Lawson**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Theodore J. Roberts**   Signature: s/ **Theodore J. Roberts**

Firm Name: **Chris Wiest, Attorney at Law, PLLC**

Business Address: **50 E Rivercenter Blvd., Ste. 1280**

City/State/Zip: **Covington, KY 41011**

Telephone Number (Area Code): **859-446-0185**

Email Address: **tj@cwiestlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.